AUSA:    Yara Hindelang                    Telephone:  (313) 226-9100
Task Force Officer:    Wallace Richards    Telephone:  (313) 202-3500

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
  v.

Lamount Malcolm SAPP

Case No.

Case: 2:25−mj−30103
Assigned To : Unassigned
Assign. Date : 2/28/2025
Description: CMP USA V. SEALED
(DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 11, 2025_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wallace Richards, Task Force Officer -  ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____February 28, 2025_____

City and state: _Detroit, Michigan_

_____
*Judge's signature*

Honorable Kimberly  G.  Altman,  U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT

I, Task Force Officer Wallace Richards, being duly sworn, do hereby state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Detective with the Detroit Police Department (DPD) and began my tenure with DPD on April 14, 2014. I am currently assigned to the ATF Detroit Field Office as a Task Force Officer (TFO), working directly with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). This partnership uses federal, state and local resources to investigate the illegal use and possession of firearms. I have years of experience investigating robberies, felonious assaults, kidnappings, non-fatal shootings, and gun-related crimes (i.e. felon in possession of firearms and ammunition).

2.     I make this affidavit from personal knowledge based on my participation in this investigation, including reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of

establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      I am currently investigating multi-convicted felon, Lamount SAPP, (D.O.B. XX/XX/1965) for federal firearms violations. As detailed below, there is probable cause to believe that on February 11, 2025, SAPP knowingly possessed a firearm as a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

4.      On February 11, 2025, officers from the Detroit Police Department (DPD) Tactical Service Section (T.S.S) were assisting DPD Headquarter Surveillance and the Homicide unit with apprehending SAPP, who was wanted in connection to a homicide. T.S.S received information that SAPP was seen leaving a home in the city of Detroit and getting into a burgundy Dodge Ram 1500.

5.      As officers planned to conduct a stop on the vehicle in order to take SAPP into custody on probable cause of his involvement in the homicide, SAPP exited his vehicle and began walking down the street. Officers exited their marked scout car and SAPP immediately put his hands in the air, placing both knees on the ground, stating: "I have a gun in my pocket."

6.     An officer walked behind SAPP and recovered a black Hi-Point C-9, 9mm handgun, loaded with numerous rounds in the magazine from SAPP's front right jeans pocket. Officers verified SAPP's identity from an ID on his person. Officers also recovered SAPP's cell phone.





7.     A search of the Law Enforcement Information Network (LEIN) for SAPP showed he did not possess a valid State of Michigan

3

Concealed Pistol License (CPL).

8.      At the time he possessed the Hi-Point C-9, 9mm handgun, and reflected in his computerized criminal history, SAPP had previously been convicted of the following felonies convictions in the state of Michigan:

- February 14, 1984: Attempted Carrying a Concealed Weapon - Detroit's Recorders Court. SAPP was sentenced to one year confinement.

- October 23, 1985: Felony Firearm - Detroit's Recorders Court. SAPP was sentenced to 2 years confinement.

- January 14, 1986: Carrying a Concealed Weapon and Second-Degree Murder - Detroit's Recorders Court. SAPP was sentenced to 16 years to 30 years confinement.

9.      On February 26, 2025, I contacted ATF Interstate Nexus Expert Special Agent (SA) Michael Jacobs with a verbal description of the Hi-Point recovered from SAPP's person on February 11, 2025. SA Jacobs advised me the firearm was manufactured outside of the State of Michigan, and therefore has traveled in and affected interstate commerce.

4

## CONCLUSION

10.   Based upon the above, there is probable cause to believe

Lamount SAPP (DOB: XX/XX/1965), a convicted felon aware of his

felony convictions, knowingly possessed a Hi-Point C-9, 9mm handgun,

said firearm having affected interstate commerce, in violation of 18

U.S.C. 922(g)(1).

Respectfully submitted,

Wallace Richards, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Date:        February 28, 2025

5